Miller, Appellant, *v.* Allegheny County, Appellant.

Before McLean, Jr., J.

Submitted November 17, 1975. *Matthew Verlich,* and *Stokes, Lurie & Tracy,* for appellant at No. 614 and appellee at No. 615; *John S. Sherry,* for appellant at No. 615 and appellee at No. 614.

Orders affirmed.

Neumann *v.* Wells, Appellant.

Wells, Appellant, *v.* Neumann, et al.

Argued December 11, 1975. *J. Barry Curtin,* with him *Trevaskis, Calhoun, Del Bello, Nolan, Bennett & Bunting,* for appellant; *Arnold R. Lieberman,* submitted a brief for appellee, Adal Corporation; *Stanley R. Kotzen,* with him *Levy and Levy,* for appellee, Herman D. Neumann.

Orders affirmed.

Nilon Brothers Enterprises, Appellant, *v.* Lucente, et al.

Before Eiseman, J.

Submitted September 11, 1975. *William F. Sullivan, Jr.,* and *Post & Schell,* for appellant; *Michael F. Kraemer,* and *Pechner, Sacks, Dorfman, Wolffe, Moss & Rounick,* for appellees.

Order affirmed.